IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02302-WYD-KLM

TYLER HOOG,

    Plaintiff,

v.

CHRYSLER GROUP, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Vacate and Reschedule Scheduling/Planning Conference Scheduled for January 6, 2014 and Corresponding Deadlines** [#8] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#8] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Conference set for January 6, 2014 at 9:30 a.m. is **VACATED** and **RESET** to **February 24, 2014 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **February 17, 2014**.

Dated: December 11, 2013