IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02302-WYD-KLM

TYLER HOOG,

    Plaintiff,

v.

CHRYSLER GROUP, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Stipulated Motion to Vacate Scheduling/Planning Conference Scheduled for February 24, 2014 and Stay Proceedings** [#19] (the "Motion"). Plaintiff states that his Response to Defendant's Motion to Dismiss for Lack of Jurisdiction [#18] is due on March 5, 2014, and that he "will likely confess that Motion." *Motion* [#19] at 2. Thus, the parties seek to vacate the Scheduling Conference and stay all proceedings.

    IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED in part and DENIED in part**. The Motion is **granted** to the extent that the Court will vacate the Scheduling Conference set for February 24, 2014. The Motion is **denied** to the extent that a stay is sought by the parties. The Court will not institute a stay based on something that Plaintiff may or may not do with respect to a dispositive motion. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for February 24, 2014 at 9:30 a.m. is **VACATED** and **RESET** to **June 24, 2014 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **June 17, 2014**.

    Dated: February 18, 2014